UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

Briana Irene Roy

        Defendant.

No. CR 13-mj-71374 HRL

**ORDER - CJA CONTRIBUTIONS DUE**

It appearing that the defendant is financially able to contribute to the cost of his representation under the Criminal Justice Act, 18 U.S.C.§3006(A).

IT IS HEREBY ORDERED THAT:

[X]  THE DEFENDANT IS LIABLE FOR A CONTRIBUTION OF $300 PER MONTH, until the case is concluded or until further order of the Court, commencing:

[✓]  That certain date of 12/1/13 and the SAME DAY each month thereafter;

[X]  MAIL TO:  Clerk, U.S. District Court
                      280 South First Street, Room 2112
                      San Jose, CA 95113-3095

[ ]  THE DEFENDANT IS LIABLE FOR A ONE-TIME CONTRIBUTION OF $_____, DUE BY _____.

[ ]  MAIL TO:  Clerk, U.S. District Court
                      280 South First Street, Room 2112
                      San Jose, CA 95113-3095

Please indicate that this is a CJA payment and include the case number.

DATED: 11/15/13

Howard R. Lloyd, U.S. Magistrate Judge

United States District Court
For the Northern District of California