1  STEVEN G. KALAR
   Federal Public Defender
2  ROBERT M. CARLIN
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753
   E-mail: robert_carlin@fd.org
5
   Counsel for Defendant
6  BRIANA IRENE ROY

7

8

9             IN THE UNITED STATES DISTRICT COURT

10            FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                      SAN JOSE DIVISION

12                                          )
   UNITED STATES OF AMERICA,                )  No. CR 13-00803-DLJ
13                                          )
                  Plaintiff,                )  STIPULATION TO CONTINUE STATUS
14                                          )  CONFERENCE; [] ORDER
   vs.                                      )
15                                          )
   BRIANA IRENE ROY,                        )
16                                          )
                  Defendant.                )
17 _____

18     Plaintiff United States of America, by and through Assistant United States Attorney Amie

19 Rooney, and Defendant BRIANA IRENE ROY ("Ms. Roy"), by and through her attorney of

20 record, Assistant Federal Public Defender Robert Carlin, hereby stipulate that the status

21 conference in this case should be continued from February 6 to February 20, 2014, at 9:00 a.m.

22     1. Ms. Roy has been charged by way of an Information with a violation of 18 U.S.C. §

23 1343.

24     2. A status conference before this Honorable Court has been scheduled for February 6

25 2014, at 9:00 a.m.

26
   STIPULATION TO CONTINUE HEARING;
   [] ORDER
   NO. CR   12-00633-DLJ                    1

3.  Defense counsel is scheduled to start a jury trial in the matter of the <u>United States v. Hector David Lopez-Banuelos</u>, CR 13-0619 EJD, on February 6, 2014, before the Honorable United States District Judge Edward J. Davila.

4.  Given counsel's calendar conflict, Ms. Roy respectfully requests that the status hearing be continued as requested, and agrees to the exclusion of time from February 6 to February 20, 2014, pursuant to 18 U.S.C. § 3161 (h)(7)(A).

5.  Accordingly, the parties request that the status hearing be continued to February 20, 2014, at 9:00 a.m.

IT IS SO STIPULATED.

                                                Respectfully submitted,

                                                STEVEN G. KALAR
                                                Federal Public Defender

                                                _____/s/_____
Dated: January 31, 2014           ROBERT CARLIN
                                                Assistant Federal Public Defender

                                                UNITED STATES ATTORNEY

Dated: January 31, 2014           _____/s/_____
                                                AMIE ROONEY
                                                Assistant United States Attorney

1  STEVEN G. KALAR
   Federal Public Defender
2  ROBERT M. CARLIN
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753
   E-mail: robert_carlin@fd.org
5
   Counsel for Defendant
6  BRIANA IRENE ROY

7

8

9                IN THE UNITED STATES DISTRICT COURT

10              FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                         SAN JOSE DIVISION

12                                          )
    UNITED STATES OF AMERICA,                )    No. CR  No. CR 13-00803-DLJ
13                                           )
                  Plaintiff,                 )    [] ORDER ON STIPULATION
14                                           )    TO CONTINUE STATUS CONFERENCE
    vs.                                      )
15                                           )
                                             )
16  BRIANA IRENE ROY,                        )
                                             )
17              Defendant.
    _____
18

19
        1. Briana Irene Roy has been charged by way of an Information with a violation of 18
20
    U.S.C. § 1343.
21
        2. A status conference before this Honorable Court has been scheduled for February 6
22
    2014, at 9:00 a.m.
23
        3. Defense counsel is scheduled to start a jury trial in the matter of the <u>United States v.</u>
24
    <u>Hector David Lopez-Banuelos</u>, CR 13-0619 EJD, on February 6, 2014, before the Honorable
25
    United States District Judge Edward J. Davila.
26
    STIPULATION TO CONTINUE HEARING;
    [] ORDER
    NO. CR   12-00633-DLJ                        3

1      4. Given counsel's calendar conflict, there is good cause for the requested continuance,
2  and the "ends of justice" served by taking such action "outweigh the best interest of the public
3  and the defendant in a speedy trial." 18 U.S.C. § 3161 (h)(7)(A). Accordingly, the time from
4  February 6 to February 20, 2014, is excluded pursuant to section § 3161 (h)(7)(A).
5      5. The status hearing in this matter shall be continued from February 6 to February 20,
6  2014, at 9:00 a.m.

8      IT IS SO ORDERED.

10  Dated: _____        _____
                                     HON. D. LOWELL JENSEN
11                                   United States District Judge

STIPULATION TO CONTINUE HEARING;
[] ORDER
NO. CR   12-00633-DLJ                    4