STEVEN G. KALAR
Federal Public Defender
ROBERT M. CARLIN
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753
E-mail: robert_carlin@fd.org

Counsel for Defendant
BRIANA IRENE ROY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> BRIANA IRENE ROY, ) <br> ) <br> Defendant. ) | No. CR 13-00803-DLJ <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE; [] ORDER |

Plaintiff United States of America, by and through Assistant United States Attorney Amie Rooney, and Defendant BRIANA IRENE ROY ("Ms. Roy"), by and through her attorney of record, Assistant Federal Public Defender Robert Carlin, hereby stipulate that the status conference in this case should be continued from April 3 to May 8, 2014, at 9:00 a.m.

1. Ms. Roy has been charged by way of an Information with a violation of 18 U.S.C. § 1343.

2. A status conference before this Honorable Court has been scheduled for April 3, 2014, at 9:00 a.m.

STIPULATION TO CONTINUE HEARING;
[] ORDER
NO. CR   12-00633-DLJ                                  1

1  3. Ms. Roy needs additional time to review the discovery provided to date by the
2  government.  Further, the parties are engaged in discussions regarding the possible resolution of
3  the case, for which more time is also necessary.
4  4. Ms. Roy respectfully requests that the status hearing be continued as requested, and
5  agrees to the exclusion of time from April 3 to May 8, 2014, pursuant to 18 U.S.C. § 3161
6  (h)(7)(A).
7  5. Accordingly, the parties request that the status hearing be continued to May 8, 2014,
8  at 9:00 a.m.

10 IT IS SO STIPULATED.

11                                         Respectfully submitted,

12                                         STEVEN G. KALAR
                                           Federal Public Defender

14
   Dated: March 31, 2014                   ___/s/_____
15                                          ROBERT CARLIN
                                            Assistant Federal Public Defender

17                                         UNITED STATES ATTORNEY

19 Dated: March 31, 2014                   ___/s/_____
                                            AMIE ROONEY
20                                          Assistant United States Attorney

26
STIPULATION TO CONTINUE HEARING;
[] ORDER
NO. CR   12-00633-DLJ                      2

STEVEN G. KALAR
Federal Public Defender
ROBERT M. CARLIN
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753
E-mail: robert_carlin@fd.org

Counsel for Defendant
BRIANA IRENE ROY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR  No. CR 13-00803-DLJ |
| Plaintiff, | [] ORDER ON STIPULATION TO CONTINUE STATUS CONFERENCE |
| vs. | |
| BRIANA IRENE ROY, | |
| Defendant. | |

1. Ms. Roy has been charged by way of an Information with a violation of 18 U.S.C. § 1343.

2. A status conference before this Court has been scheduled for April 3, 2014, at 9:00 a.m.

3. Ms. Roy needs additional time to review the discovery provided to date by the government.  Further, the parties are engaged in discussions regarding the possible resolution of the case, for which more time is also necessary.

1    4. There is good cause for the requested continuance, and the "ends of justice" served by
2 taking such action "outweigh the best interest of the public and the defendant in a speedy trial."
3 18 U.S.C. § 3161 (h)(7)(A).  Accordingly, the time from April 3 to May 8, 2014, is excluded
4 pursuant to section § 3161 (h)(7)(A).
5    5. The status hearing in this matter shall be continued to May 8, 2014, at 9:00 a.m.

7    IT IS SO ORDERED.

9 Dated: _____         _____
                                   HON. D. LOWELL JENSEN
10                                 United States District Judge

STIPULATION TO CONTINUE HEARING;
[] ORDER
NO. CR  12-00633-DLJ                    4