1  STEVEN G. KALAR
   Federal Public Defender
2  ROBERT M. CARLIN
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753
   E-mail: robert_carlin@fd.org
5
   Counsel for Defendant
6  BRIANA IRENE ROY

7

8

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                        SAN JOSE DIVISION

12                                          )
    UNITED STATES OF AMERICA,               )   No. CR 13-00803-DLJ
13                                          )
                 Plaintiff,                 )   STIPULATION TO CONTINUE STATUS
14                                          )   CONFERENCE; [] ORDER
    vs.                                     )
15                                          )
    BRIANA IRENE ROY,                       )
16                                          )
                 Defendant.                 )
17  _____

18         Plaintiff United States of America, by and through Assistant United States Attorney

19  Amie Rooney, and Defendant BRIANA IRENE ROY ("Ms. Roy"), by and through her attorney

20  of record, Assistant Federal Public Defender Robert Carlin, hereby stipulate that the status

21  conference in this case should be continued from May 8 to May 29, 2014, at 9:00 a.m.

22         1. Ms. Roy has been charged by way of an Information with a violation of 18 U.S.C. §

23  1343.

24         2. A status conference before this Honorable Court has been scheduled for May 8, 2014,

25  at 9:00 a.m.

26
    STIPULATION TO CONTINUE HEARING;
    [] ORDER
    NO. CR   12-00633-DLJ                    1

1   3. Ms. Roy needs additional time to review the discovery provided to date by the
2   government. Further, the parties are discussing the possible resolution of the case, for which
3   more time is also necessary.

4   4. Ms. Roy respectfully requests that the status hearing be continued as requested, and
5   agrees to the exclusion of time from May 8 to May 29, 2014, pursuant to 18 U.S.C. § 3161
6   (h)(7)(A).

7   5. Accordingly, the parties request that the status hearing be continued to May 4; , 2014,
8   at 9:00 a.m.

10  IT IS SO STIPULATED.

11                                          Respectfully submitted,

12                                          STEVEN G. KALAR
                                            Federal Public Defender

14
    Dated: May 5, 2014                      _/s_____
15                                           ROBERT CARLIN
                                             Assistant Federal Public Defender

17                                          UNITED STATES ATTORNEY

19  Dated: May 5, 2014                      _/s_____
                                             AMIE ROONEY
20                                           Assistant United States Attorney

STIPULATION TO CONTINUE HEARING;
[] ORDER
NO. CR   12-00633-DLJ                    2

STEVEN G. KALAR
Federal Public Defender
ROBERT M. CARLIN
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753
E-mail: robert_carlin@fd.org

Counsel for Defendant
BRIANA IRENE ROY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR  No. CR 13-00803-DLJ |
| Plaintiff, | [] ORDER ON STIPULATION TO CONTINUE STATUS CONFERENCE |
| vs. | |
| BRIANA IRENE ROY, | |
| Defendant. | |

1. Ms. Roy has been charged by way of an Information with a violation of 18 U.S.C. § 1343.

2. A status conference before this Court has been scheduled for May 8, 2014, at 9:00 a.m.

3. Ms. Roy needs additional time to review the discovery provided to date by the government. Further, the parties are discussing the possible resolution of the case, for which more time is also necessary.

STIPULATION TO CONTINUE HEARING;
[] ORDER
NO. CR  12-00633-DLJ                3

1     4. There is good cause for the requested continuance, and the "ends of justice" served by
2  taking such action "outweigh the best interest of the public and the defendant in a speedy trial."
3  18 U.S.C. § 3161 (h)(7)(A). Accordingly, the time from May 8 to May 29, 2014, is excluded
4  pursuant to section § 3161 (h)(7)(A).
5     5. The status hearing in this matter shall be continued to May 4; , 2014, at 9:00 a.m.

7     IT IS SO ORDERED.

9  Dated: _____          _____
                                          HON. D. LOWELL JENSEN
10                                        United States District Judge

STIPULATION TO CONTINUE HEARING;
[] ORDER
NO. CR  12-00633-DLJ                    4