STEVEN G. KALAR
Federal Public Defender
ROBERT CARLIN
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753
Email: robert_carlin@fd.org

Counsel for Defendant
BRIANA IRENE ROY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 13-71374 HRL |
|---|---|
| Plaintiff, | ) STIPULATION TO MODIFY |
|  | ) CONDITIONS OF PRETRIAL RELEASE; |
| vs. | ) [PROPOSED] ORDER |
| BRIANA IRENE ROY, | ) |
| Defendant. | ) |

Defendant BRIANA IRENE ROY ("Ms. Roy") and the government, through their respective counsel, Assistant Federal Public Defender Robert Carlin, and Assistant United States Attorney Amie Rooney, stipulate and agree, subject to the Court's approval, to modify the defendant's previously set pretrial release conditions to permit her to travel to and within the Eastern District of California.

Ms. Roy was released on a $50,000 bond secured by her signature and that of her husband, and her conditions of release include a prohibition of travel beyond the Northern District of California. On May 29, 2014, Ms. Roy appeared before the Honorable D. Lowell Jensen and entered a guilty plea to a violation of 18 U.S.C. § 1343, and a sentencing hearing was

Stipulation to Modify Release Conditions        1

1  scheduled for October 16, 2014, at 10:00 a.m.

2        To date, Ms. Roy has complied with her pretrial release conditions. Ms. Roy has plans to travel to Solano County on June 14, and after that to visit her parents in Calaveras County, California, within the Eastern District of California. The parties respectfully request that the Court modify Ms. Roy's bond conditions to permit her to travel to and within the Eastern District of California. Counsel has consulted with Ms. Roy's supervising United States Pretrial Services Officer LaDreena Walton and she has no objection to the proposed modification.

      Accordingly, the parties respectfully request that Mr. Roy's pretrial release conditions be modified to permit her to travel to and within the Eastern District of California, with all other conditions to remain in effect.

      It is so stipulated.

Date: June 2, 2014          _____/S/_____
                            ROBERT CARLIN
                            Assistant Federal Public Defender

Date: June 2, 2014          _____/S/_____
                            AMIE ROONEY
                            Assistant United States Attorney

[Proposed] ORDER

GOOD CAUSE APPEARING, pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the conditions of release previously set in this matter shall be modified to permit Defendant BRIANA ROY to travel to and within the Eastern District of California. All other conditions are to remain in effect.

IT IS SO ORDERED.

Dated: 6/3/14

_____
HONORABLE HAROLD R. LLOYD Howard
United States Magistrate Judge